1   KRISTOL BRADLEY GINAPP, ESQ.
    Nevada Bar No. 8468
2   E-mail: kginapp@nevadafirm.com
    HOLLEY DRIGGS, WALCH
3   FINE WRAY PUZEY & THOMPSON
    400 South Fourth Street, Third Floor
4   Las Vegas, Nevada 89101
    Telephone:    702/791-0308
5

6   Attorney(s) for Desert Flour, L.L.C.
    dba Panera Bread

7

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  KEVIN ZIMMERMAN, an individual,          CASE NO.:  2:17-cv-00930-GMN-GWF

12              Plaintiff,                    **STIPULATION AND ORDER**
                                             **EXTENDING TIME FOR DESERT**
13       v.                                  **FLOUR, L.L.C. DBA PANERA BREAD**
                                             **TO RESPOND TO PLAINTIFF'S**
14  DESERT FLOUR, L.L.C. dba PANERA          **COMPLAINT**
    BREAD,
15
                Defendants.
16

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Plaintiff Kevin Zimmerman and defendant Desert Flour, L.L.C. dba Panera Bread stipulate that Desert Flour, L.L.C. dba Panera Bread may have a 14-day extension to and including May 11, 2017 within which to respond to plaintiff's Complaint.

DATED this 2nd day of May, 2017                    DATED this 2nd day of May, 2017

/s/ *Whitney C. Wilcher*                            /s/ *Kristol Bradley Ginapp*

Whitney C. Wilcher, Esq                            Kristol Bradley Ginapp, Esq.
THE WILCHER FIRM                                   HOLLEY DRIGGS WALCH FINE WRAY
8465 West Sahara Ave., Suite 111-236               PUZEY & THOMPSON
Las Vegas, Nevada 89117                            400 South Fourth Street, 3rd Floor
Attorneys for Plaintiff                            Las Vegas, Nevada 89101
                                                   Attorneys for Defendant

**IT IS SO ORDERED:**

By _____
   UNITED STATES MAGISTRATE JUDGE

DATED this ___3rd___ day of May, 2017.

HOLLEY·DRIGGS·WALCH
FINE·WRAY·PUZEY·THOMPSON